Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:11-mj-00168-MJS |
| | ) | |
| Plaintiff, | ) | DISMISSAL; AND ORDER |
| | ) | THEREON |
| v. | ) | |
| | ) | |
| SCOTT FRIEDMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave

of Court endorsed hereon, the United States hereby moves the Court for an order of

dismissal without prejudice of Citation 1846685 (under the influence of alcohol to a

degree you may be a danger to yourself or others).  The Defendant has completed

the terms of a Deferred Prosecution.

        Dated: January 16, 2013              .

                                         /s/ Matthew McNease
                                         Matthew McNease
                                         Acting Legal Officer
                                         Yosemite National Park

**ORDER**

IT IS SO ORDERED.

Dated:    January 19, 2013            /s/ *Michael J. Long*
                                         UNITED STATES MAGISTRATE JUDGE